In the Matter of the Petition of FRED CARP and WILLIAM S. OSTRANDER, Appellants, for a Writ of Certiorari to Review Proceedings of the BOARD OF SUPERVISORS OF SARATOGA COUNTY, Respondent.

*Matter of Carp*, 179 App. Div. 387, affirmed.
(Argued October 1, 1917; decided October 16, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 6, 1917, which dismissed a writ of certiorari issued by the Appellate Division in the third department to review proceedings by the board of supervisors of Saratoga county with reference to the appointment of a commissioner of elections. The cause was transferred to the fourth department for hearing and determination. The appeal was dismissed upon the ground that certiorari was not the proper remedy to test title to a public office, an action in the nature of quo warranto being the exclusive remedy.

*Harvey D. Hinman* for appellants.

*Lewis E. Carr* for respondent.

Order affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, McLAUGHLIN and CRANE, JJ.